[No. 7030-1-III. Division Three. April 1, 1986.]

*In the Matter of the Welfare of*
R. CHURAPE, ET AL.

VICTOR CHURAPE, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, Nos. J–2572, J–2810, David S. Edwards, J. Pro Tem., entered March 4, 1985. *Reversed* and *remanded* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J. Now published at 43 Wn. App. 634.

[No. 6612-6-III. Division Three. April 1, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
D. CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 83-1-00144-0, Clinton J. Merritt, J., entered July 11, 1984. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6806-4-III. Division Three. April 1, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN
REYES PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84-1-00652-3, F. James Gavin, J., entered November 8, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.